**Order entered December 30, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00743-CR

**JEYCOOL PENAPEREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-34280-W**

## ORDER

Before the Court is appellant's motion to abate the appeal. Appellant states that the State has filed in the trial court a motion for judgment nunc pro tunc to correct clerical errors in the judgment. Appellant asks that we abate the appeal to allow the trial court to act on the State's motion. We **GRANT** appellant's motion.

We **ORDER** the trial court to rule on the State's motion for judgment nunc pro tunc and to transmit to this Court in a supplemental clerk's record the amended

judgment or an order denying the motion within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tracy Holmes, Presiding Judge of the 363rd Judicial District Court, and to counsel for all parties.

We **ABATE** the appeal to permit the parties and the trial court to comply with this order. The appeal will be reinstated when the record transmitted by the trial court is received or at such other time as the Court deems proper.

/s/     ERIN A. NOWELL
        JUSTICE